# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arsen Darmandzhyan, | No. CV-26-01037-PHX-KML (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he was released on an order of supervision and redetained without any due process. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 5.) Respondents' response stated: "Respondents do not oppose the release of the Petitioner." (Doc. 6.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition as to his procedural due process claim.

**IT IS THEREFORE** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody under the same conditions that existed before his redetention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

///

///

1 **IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 25th day of February, 2026.

*Krissa M. Lanham*
Honorable Krissa M. Lanham
United States District Judge